# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:09-mj-001 |
| Jesus Salvador Varela-Bravo, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in the above-entitled action on January 7, 2009. AUSA David Hagler appeared on the Government's behalf. Assistant Federal Public Defender William Schmidt was appointed as defense counsel and appeared on Defendant's behalf.

The Government moved for detention. After consulting with counsel, Defendant advised the court that he was waiving his right to a detention hearing consenting to detention pending final disposition of this matter. The court accepts Defendant's waiver, finding that it was made freely and voluntarily, knowingly and intelligently, and upon advice of counsel. Accordingly, the court **GRANTS** the Government's motion for detention. and **FURTHER ORDERS** that Defendant committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.


Finally, it is **ORDERED** that a preliminary hearing be scheduled for January 16, 2008, at 10:00 a.m. in Minot before the undersigned (via video).

Dated this 7th day of January, 2009.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge